UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cr-00033-SSS | Date | September 13, 2024 |
| Title | *United States of America v. Dona Ann Powell* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING *EX PARTE* APPLICATION REGARDING DETERMINATION OF MENTAL COMPETENCY OF DONAGEL ANN POWELL [DKT. 36]**

On September 3, 2024 Defendant Donagel Ann Powell, through her counsel, filed an *ex parte* Application Regarding Determination of Mental Competency of Donagel Ann Powell (the "Application"). [Dkt. 36]. Defendant's Application lacks an articulation of the standard for granting an ex parte application. *Id*. Further, Defendant's Application lays out the legal standard for granting a mental competency evaluation, but does explain why the regularly noticed motion procedures should be bypassed and the Court should grant the Application. *Id.; See Mission Power Eng'g Co. v. Cont'l Cas. Co.,* 883 F. Supp. 488, 492 (C.D. Cal. 1995) ("Properly designed *ex parte* motion papers thus contain two distinct motions or parts. The first part should address only why the regular noticed motion procedures must be bypassed."). Without more, the Court cannot grant Defendant's Application. As such, the Court finds that Defendant has not sufficiently demonstrated why this extraordinary form of relief should be granted.

[Dkt. 15] ("*Ex parte* applications are solely for extraordinary relief and are disfavored."). Accordingly, Defendant's Application is **DENIED**. [Dkt. 36].

    **IT IS SO ORDERED.**