UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cr-00033-SSS | Date | October 25, 2024 |
| Title | *United States of America v. Donagel Ann Powell* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER RE: COMPETENCY EXAMINATION**

On October 23, 2024, the Court received an email communication from the clinical psychologist conducting the court-ordered competency evaluation wherein a request to receive material that will assist in completing the examination was presented.   After consultation with counsel and no objection being made, the Court here **GRANTS** the request for the clinical psychologist to receive the required material for review (*i.e.* discovery material, medical and mental health records, and pre-trial and/or presentence investigation reports, if available).

Counsel and the U.S. Probation/Pretrial Officer are **DIRECTED** to provide the necessary material upon the clinical psychologist's request.

**IT IS SO ORDERED.**


**cc:**   **BOP**
**MDC-LA**
**POLA**